**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

STANLEY J. CATERBONE,                    :     No. 495 MAL 2016
                                          :
                        Petitioner        :
                                          :
                                          :     Petition for Allowance of Appeal from
                                          :     the Order of the Superior Court
                v.                        :
                                          :
                                          :
RESIDENTS OF THE COUNTY OF                :
LANCASTER PENNSYLVANIA,                   :
                                          :
                        Respondent        :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal

is **DENIED**.